UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MAURICE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-2230 CKD P<br><br><br>ORDER |

A review of the complaint filed in this matter reveals that it is the same complaint as the one in 2:17-cv-2166 KJN, a previously filed action. In light of the foregoing, IT IS HEREBY ORDERED that:

1. All outstanding motions are denied without prejudice to filing in 2:17-cv-2166 KJN.

2. The Clerk of the Court is directed to close this case. All claims for relief presented in the complaint filed in this case shall be pursued in 2:17-cv-2166 KJN.

Dated: November 6, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2166.dup